**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 00-6582**

_____

THOMAS EDWARD PLUMMER,

Plaintiff - Appellant,

versus

GEORGE HINKLE, Warden, Haynesville Correction-
al Center; W. WATERS, Correctional Officer; F.
COLEMAN, Lieutenant,

Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Richmond.   Richard L. Williams, District
Judge.  (CA-99-673-3)

_____

Submitted:  August 30, 2000         Decided:  September 7, 2000

_____

Before WIDENER, NIEMEYER, and WILLIAMS, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Thomas Edward Plummer, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Thomas Edward Plummer, a Virginia inmate, appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2000) complaint under 28 U.S.C.A. § 1915A (West Supp. 2000). We have reviewed the record and the district court's opinion and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. See Plummer v. Hinkle, No. CA-99-673-3 (E.D. Va. Apr. 6, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED